UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KIRAN VUPPALA,
                              Plaintiff,

                -against-

FELIX ROASTING CO., et al.,
                              Defendants.
------------------------------------------------------------X

23 Civ. 154 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated January 25, 2023, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference. The initial pretrial conference is currently scheduled for March 1, 2023, at 4:10 P.M.

    WHEREAS, Defendants have not appeared, and Plaintiff has not filed proof of service on the docket.

    WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan. It is hereby

    **ORDERED** that if Plaintiff has been in communication with Defendants, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **March 3, 2023**, at **noon**. If Plaintiff has not been in communication with Defendants, he shall file a status letter regarding his efforts to serve Defendants and request an adjournment of the initial conference as soon as possible and no later than **March 3, 2023**, at **noon**.

Dated: March 2, 2023
        New York, New York

                                                    LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE