UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KIRAN VUPPALA,
                           Plaintiff,

                    23 Civ. 154 (LGS)

          -against-

                    ORDER

FELIX ROASTING CO., et al.,
                          Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an Order issued March 6, 2023, required Plaintiff to serve that Order on Defendants via Federal Express and file proof of service on ECF no later than March 8, 2023.

      WHEREAS, Plaintiff has not filed proof of service.  It is hereby

      **ORDERED** that Plaintiff shall file proof of service as soon as possible and no later than **March 10, 2023**.

Dated: March 9, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**