# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

> Application **GRANTED IN PART**. The conference scheduled for April 5, 2023 is **ADJOURNED** to **May 3, 2023, at 4:10 P.M.** Plaintiff shall serve this order on Defendants via Federal Express and file proof of service by **April 5, 2023**. If Plaintiff is unable to make contact with Defendants by **April 26, 2023**, Plaintiff shall file a letter on ECF outlining his efforts to provide actual notice to Defendants. If Plaintiff is able to contact Defendants, the parties shall file the required letter and proposed case management plan by **April 26, 2023**. So Ordered.
>
> Dated: March 29, 2023
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

March 28, 2023

**VIA CM/ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom: 1106
New York, NY 10007

   Re:  **Vuppala v. Felix Roasting Co., et al.**
       **Case 1:23-cv-00154-LGS**

Dear Judge Schofield:

  The undersigned represents the Plaintiff in the above-captioned case matter.

  The Initial Pretrial Conference is currently scheduled for April 5, 2023, at 4:10 P.M. in your Honor's courtroom. However, April 5 is the beginning of Passover, a feast day observed by the undersigned. Also, the Defendants have not yet formally appeared in this matter, though properly served. The undersigned counsel has undertaken additional efforts including service of the Summons and Complaint through an independent process server in order to solicit Defendants' response to the Complaint, and has remitted Federal Express correspondence, including courtesy copies of the Summons and Complaint.

  Due to these reasons, therefore, in order to afford the parties additional time for the Defendants to appear and to conduct preliminary settlement discussions, a 45-day adjournment of the Initial Pretrial Conference date is hereby respectfully requested from the April 5th date.

  Thank you for your consideration of this second adjournment request.

               Sincerely,

              By: /S/ B. Bradley Weitz
                B. Bradley Weitz, Esq. (BW9365)
                THE WEITZ LAW FIRM, P.A.
                Attorney for Plaintiff
                Bank of America Building
                18305 Biscayne Blvd., Suite 214
                Aventura, Florida 33160
                Telephone: (305) 949-7777
                Facsimile: (305) 704-3877

Seibel, J. Letter 04.03.12
Page 2 of 2

Email: bbw@weitzfirm.com