UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
KIRAN VUPPALA,

                              Plaintiff,           23 Civ. 154 (LGS)

       -against-                            ORDER

FELIX ROASTING CO., et al.,

                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Case Management Plan and Scheduling Order issued April 26, 2023, requires the parties to file a joint status letter by July 5, 2023.

WHEREAS, no such letter was filed. It is hereby

**ORDERED** that the parties shall file the required letter as soon as possible and no later than **July 10, 2023**.

Dated: July 7, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**