

Adam E. Collyer
77 Water Street, Suite 2100
New York, New York 10005
Adam.Collyer@lewisbrisbois.com
Direct: 646.783.1723

July 10, 2023

File No. 37986.8259

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *Vuppala v. Felix Roasting Co., et al.*
              Docket No. 23-cv-0154 (LGS)

Dear Judge Schofield:

    We represent Defendant Lafayette-Astor Associates, LLC ("Defendant Lafayette-Astor") in the above-referenced matter. We write today, jointly with counsel for Plaintiff and Defendant Felix Roasting Co. ("Defendant Felix"), to provide a status update, pursuant to the Court's April 26, 2023 Order. The parties apologize for this late filing.

    The parties have been diligently working to explore resolution of this matter and believe that they may be close to reaching an agreement. In light of the parties' ongoing efforts to resolve the matter, the parties have agreed to extend all interim fact discovery deadlines to September 4, 2023 as permitted by the Court's Civil Case Management Plan and Scheduling Order. Doc. No. 22. In the event that the parties are not able to resolve the case, the parties will complete fact discovery by September 4, 2023.

    In compliance with Rule III(D)(3) of the Court's Individual Rules and Procedures for Civil Cases, the parties provide a brief summary of the relevant procedural history as follows. On January 7, 2023, Plaintiff filed the Complaint. Doc. No. 1. On April 17, 2023, Defendant Felix appeared through its counsel. On April 26, 2023, the Court referred this matter to mediation and issued the Civil Case Management Plan and Scheduling Order. Doc. No. 20 and 22. On May 23, 2023, Defendant Lafayette-Astor appeared through its counsel. Doc. Nos. 25 and 26. On May 24, Defendant Felix filed its Answer. Doc. 30. On June 12, 2023, a mediator was assigned. On June 23, 2023, Defendant Lafayette-Astor filed its Answer. Doc. No. 32. On June 26, the parties had a pre-mediation

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
126556179.1

The Honorable Lorna G. Schofield
July 10, 2023
Page 2

conference with the court-assigned mediator and will complete mediation by October 19 in the event that the parties are unable to resolve the matter themselves before then.

    We thank the Court for its time and attention to this matter.

           Respectfully,

           /s/ Adam E. Collyer

           Adam E. Collyer of
           LEWIS BRISBOIS BISGAARD &
           SMITH LLP

cc:    ***All Counsel of Record***