

Adam E. Collyer
77 Water Street, Suite 2100
New York, New York 10005
Adam.Collyer@lewisbrisbois.com
Direct: 646.783.1723

August 9, 2023

File No. 37986.8259

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *Vuppala v. Felix Roasting Co., et al..*
           Docket No. 23-cv-0154 (LGS)

Dear Judge Schofield:

    We represent Defendant Lafayette-Astor Associates, LLC ("Defendant Lafayette-Astor") in the above-referenced matter. Pursuant to Rule I (B)(3) of the Court's Individual Rules and Procedures for Civil Cases, we write today, jointly with counsel for Plaintiff and Defendant Felix Roasting Co. ("Defendant Felix"), to respectfully request that the deadline to complete fact discovery, including all interim fact discovery deadlines, currently scheduled for September 4, 2023, be extended thirty (30) days with the final discovery deadline being October 4, 2023 to allow the parties time to complete mediation and continue discussions to resolve the matter.

    The parties have been diligently working to explore resolution of this matter. To facilitate settlement discussions, the parties previously scheduled mediation, but had to cancel the mediation before it took place due to an unavoidable childcare conflict for counsel for Defendant Lafayette-Astor. The parties are working to reschedule the mediation for a date that is convenient for all parties and the mediator. The parties are also continuing discussions in the hopes of resolving the matter prior to mediation. In light of the parties' ongoing efforts, we respectfully request a brief thirty (30) day extension to all fact discovery deadlines to allow the parties additional time to schedule and complete mediation and work towards resolution. An extension is in the interest of judicial economy and will allow the parties to avoid the expense of discovery while concentrating on settlement discussions. This is the parties' first request for an extension and the parties jointly make this request.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
127632893.2

The Honorable Lorna G. Schofield
Page 2

      We thank the Court for its consideration of this request.

                    Respectfully,

                    /s/ Adam E. Collyer

                    Adam E. Collyer of
                    LEWIS BRISBOIS BISGAARD &
                    SMITH LLP

cc:    ***All Counsel of Record***